JANET L. DURANT v. LAURENCE T. DURANT and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL GERST v. J. H. & C. K. EAGLE, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWARD B. REDMAN v. VERPLEX ART COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNIE PFOTENHAUER v. THE EQUITABLE TRUST COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of ALEXANDER ACKERSON, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DAVID L. WEIL, as Receiver of the Property of WALTER A. GUILE, JR., Respondent, v. DRUG AND DYESTUFF CORPORATION and Another, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BEN BIMBERG and Another, Copartners, etc., Respondents, v. CHARLES MORTON BELLAK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM E. NOTMAN, Respondent, v. CLYDE W. POPE and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMANUEL W. BLOOMINGDALE, Appellant, v. GR. WEINBERG & AL. POSNER ENGINEERING COMPANY, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN L. KNIGHT and Others, Appellants.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE ST. LAURENCE HOSPITAL, Appellant, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST OPPENHEIMER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PHILIP PAVER, Respondent, v. THE EUREKA AUTOMOBILE STATION, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ERNEST HOFMANN COMPANY, INC., Appellant, v. JAMES OHLEN & SONS SAW MANUFACTURING COMPANY and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

STANLEY KIKLICA, an Infant, by JOSEPH KIKLICA, His Guardian ad Litem,